IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WALTER NIXON,

    Plaintiff,

v.                                            CASE NO. 1:07-cv-00081-MP-AK

STATE OF FLORIDA, ET AL.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 23, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's case be dismissed for failure to state a claim. The Magistrate Judge filed the Report and Recommendation on Wednesday, October 17, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this case, Plaintiff has filed objections to the Magistrate's Report. Doc. 24.

In the Report, the Magistrate states that Plaintiff has filed three complaints alleging a variety of unspecified claims against a multitude of defendants without providing facts or identifying specific claims. While Plaintiff claims that he is being abused, retaliated against, and denied access to the courts, Plaintiff fails to support these claims with any factual allegations. As the Magistrate points out, the Court cannot assume that Plaintiff will prove facts that have not been alleged. In his objections, Plaintiff again merely repeats his claims that he is being abused and denied access to the court. Because Plaintiff has not alleged facts that would establish his claims, the Court agrees with the Magistrate that Plaintiff has failed to state a claim, and that this

case must be dismissed. Therefore, having considered the Report and Recommendation, and the objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

> **ORDERED AND ADJUDGED:**
>
> 1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.
>
> 2. Plaintiff's amended complaint, Doc. 20, is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).
>
> **DONE AND ORDERED** this   *1st* day of November, 2007
>
>
> *s/Maurice M. Paul*
> Maurice M. Paul, Senior District Judge